UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 30 2018 ★

LONG ISLAND OFFICE

------------------------------------------------------------x

ALEXANDRA SANJUAN, SCOTT GRADIN, ASTRID CACERES, ISIS CACERES, JENNIFER CANALES and ESMERELDA RAMIREZ, on behalf of themselves and all other persons similarly,

Plaintiffs,

-against-

PARAGON BANQUET EVENT PLANNING LLC, CHATEAU HOSPITALITY LLC, STERLING CATERERS & RESTAURANT LLC, PARKASH LAL RAJ and SNEHA P. RAJ,

Defendants.

------------------------------------------------------------x

Civ. No.: 18-cv-04098

**STIPULATION OF VOLUNTARY DISMISSAL PERSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their respective counsel, that this action is dismissed in its entirety, without prejudice, and with no award of attorneys' fees or costs by the Court to either party pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

LAW OFFICE OF PETER A. ROMERO PLLC
ATTORNEYS FOR PLAINTIFFS
825 Veterans Highway, Suite B
Hauppauge, New York 11788
(631) 257-5588

By: _____
PETER A. ROMERO, ESQ.

Dated: November 30, 2018

JACKSON LEWIS P.C.
ATTORNEYS FOR DEFENDANTS
58 South Service Rd., Ste. 250
Melville, New York 11747
(631) 247-0404

By: _____
TIMOTHY DOMANICK, ESQ.

Dated: November 30, 2018

The Clerk of Court is directed to close This case.

So ORDERED This 30th day of November 2018 at Central Islip, New York.

s/ Sandra J. Feuerstein
_____
Sandra J. Feuerstein, U.S.D.J.

15